## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ACTIVE PACKET, LLC and  　　　　　　　　CASE NO.: 2:19-cv-00421-JLB-NPM
CHAD LOWE,

　　　　Plaintiffs,

vs.

NETGEN, INC., CHRISTIN ROWLAND
and THE ESTATE OF CHRISTOPHER
T. ROWLAND,

　　　　Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

　　　　Plaintiffs, ACTIVE PACKET, LLC and CHAD LOWE, and Defendants, NETGEN, INC., CHRISTIN ROWLAND, and THE ESTATE OF CHRISTOPHER T. ROWLAND,, (collectively, the "Parties") through their respective undersigned counsel and pursuant to this Court's Local Rule 3.08, hereby give notice of the settlement of this matter between the Parties. The parties anticipate that they will be able to finalize the settlement and submit a stipulation of dismissal within the next thirty (30) days. The parties respectfully request that, in the event that the stipulation of dismissal is not filed within thirty (30) days and any dismissal of the claims filed in this cause occurs as a result, that the parties be provided with sixty (60) days following such dismissal to petition the court to have the case reinstated after showing good cause as to why settlement was in fact consummated.

　　　　Dated: August 5, 2020

| | |
|---|---|
| **OLIVE | JUDD, P.A.** | **LAW OFFICE OF BRIAN T. BOYD, PLLC** |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiffs* |
| Kristy E. Armada, Esq. | Bennett Wills, Esq. |
| | |
| s/ *Kristy E. Armada* | */s/Bennett J. Wills* |
| Kristy E. Armada, Esq. | Bennett J. Wills (*Pro Hac Vice*) |
| Fla. Bar No.: 587281 | bennett@boydlegal.co |
| karmada@olivejudd.com | 214 Overlook Cir., Ste. 275 |
| 2426 E Las Olas Boulevard | Brentwood, TN 37027 |
| Fort Lauderdale, FL 33301 | 615-861-1936 |
| 954-334-2250 | F: 615-523-2595 |
| Fax: 954-334-2259 | |

**Law Offices of John W. Roberts, PLLC**
John W. Roberts, Esq.
Fla. Bar No. 108570
12273 Emerald Coast Parkway
Santa Rosa, FL 32550
850-250-0887
john@johnrobertslaw.com
*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August, 2020, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                        s/ *Kristy E. Armada*
                                                        Kristy E. Armada, Esq.